IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-03105-RM-CBS

**AMCO INSURANCE COMPANY, an Iowa corporation,**

Plaintiff,

v.

**PARAGON LP, a Colorado Limited Partnership,**

Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on Plaintiff AMCO Insurance Company's Unopposed Motion to Withdraw its Motion for Summary Judgment on Paragon's Counterclaims Without Prejudice to Refiling After the Completion of Additional Requested Discovery (the "Motion") (ECF No. 48), and being fully advised in the premises, ORDERS

(1) That AMCO's Motion (ECF No. 48) is GRANTED; and

(2) That AMCO's Motion for Summary Judgment on Paragon's Counterclaims (ECF No. 45) is hereby WITHDRAWN without prejudice.

DATED this 18th day of December, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge